**UNITED STATES ex rel. Robert V. WILLIAMS, Petitioner-Appellant,**

v.

**Hon. John T. DEEGAN, as Warden of Sing Sing State Prison, Ossining, New York, Respondent-Appellee.**

**No. 266, Docket 31843.**

United States Court of Appeals Second Circuit.

Argued Jan. 15, 1968.

Decided Jan. 15, 1968.

Certiorari Denied April 22, 1968.

See 88 S.Ct. 1432.

See also D.C., 279 F.Supp. 53.

Gretchen White Oberman, New York City (Anthony F. Marra, New York City, on the brief), for petitioner-appellant.

Michael H. Rauch, New York City (Louis J. Lefkowitz, Atty. Gen. of State of New York, Samuel A. Hirshowitz, First Asst. Atty. Gen., on the brief), for respondent-appellee.

Before LUMBARD, Chief Judge, and WATERMAN and FEINBERG, Circuit Judges.

PER CURIAM:

We affirm in open court the order of the United States District Court for the Southern District of New York denying

* Of the District of Columbia Circuit, sitting by designation.

without a hearing a petition for a writ of habeas corpus, for the reasons stated in Judge Bonsal's opinion, reported at 274 F.Supp. 597 (1967).

**Dargan SUTHER, Appellant,**

v.

**CITY OF MIDFIELD, INC., et al., Appellees.**

**No. 24958.**

United States Court of Appeals Fifth Circuit.

Feb. 26, 1968.

Dewey H. Jones, Birmingham, Ala., for appellant.

Norman K. Brown, Bessemer, Ala., for appellees.

Before BROWN, Chief Judge, GEWIN and WRIGHT,* Circuit Judges.

PER CURIAM:

This is the second appeal in this case.[1] This Court, in affirming the dismissal of the complaint in the first appeal, held that Appellant had not adequately alleged a jurisdictional amount. Assuming that the jurisdictional prerequisites have now been met, we find that Appellant's contentions are without merit and the granting of Appellee's motion for summary judgment was correct.

Affirmed.

1. See Suther v. City of Midfield, 5 Cir., 1966, 358 F.2d 740.